

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br>*Barbara Diane Monte* )<br><br>Defendant. ) | Case No.: S:19-MJ-114<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓)  information in the Pretrial Services Report and Recommendation

    (✓)  information in the violation petition and report(s)

    (✓)  the defendant's nonobjection to detention at this time

    ( )  other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

( ✓ ) information in the Pretrial Services Report and Recommendation

( ✓ ) information in the violation petition and report(s)

( ✓ ) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/25/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2